# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. FOUR STAR IMPORT AUTOMOTIVE, LTD, an Oklahoma Corporation,<br><br>Plaintiff,<br><br>v.<br><br>1. STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, A Foreign For Profit Insurance Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 17-CV-124-CVE-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE

The Plaintiff, Four Star Import Automotive, LTD, by and through its counsel of record and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby dismisses Plaintiff's claims against Defendant in their entirety with prejudice to their refiling.

Dated this 10th day of April, 2017.

 s/MICHAEL D. MCGREW
Michael D. McGrew, OBA # 013167
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  405/235-9909
Facsimile:  405/235-9929
mcgrewslaw@yahoo.com

*Attorney for Plaintiff*